
RECEIVED
JAN 4 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| JOHN M. SINEGAL | CIVIL ACTION NUMBER: 04-CV-1188 |
| VERSUS | JUDGE DOHERTY |
| BAKER HUGHES OILFIELD OPERATIONS, INC. | MAGISTRATE JUDGE HILL |

## **O R D E R**

Considering the foregoing Memorandum Ruling,

IT IS HEREBY ORDERED that the Motion for Summary Judgment [Document 16] filed by Baker Hughes Oilfield Operations, Inc. shall be and is GRANTED in its entirety.

Thus done and signed in Lafayette, Louisiana, this ___ day of _____, 200_.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE